IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FILED JUL 11 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

CSX TRANSPORTATION, INC.,

    Plaintiff

v.                                                        Civil Action No. 5:05-CV-202

ROBERT V. GILKISON;
PEIRCE, RAIMOND & COULTER, P.C., a
Professional Corporation a/k/a ROBERT PEIRCE
& ASSOCIATES,P.C., a Pennsylvania Professional
Corporation; ROBERT PEIRCE, JR.; LOUIS A.
RAIMOND; MARK T. COULTER; and RAY
HARRON, M.D.,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Samuel L. Tarry, Jr., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 10, 2007

_____
United States District Judge