IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FILED
JUL 1 1 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

CSX TRANSPORTATION, INC.,

    **Plaintiff**

v.                                            Civil Action No. 5:05-CV-202

ROBERT V. GILKISON;
PEIRCE, RAIMOND & COULTER, P.C., a
Professional Corporation a/k/a ROBERT PEIRCE
& ASSOCIATES,P.C., a Pennsylvania Professional
Corporation; ROBERT PEIRCE, JR.; LOUIS A.
RAIMOND; MARK T. COULTER; and RAY
HARRON, M.D.,

    **Defendants.**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Mitchell K. Morris, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 10, 2007

                                                      */s/ [signature]*
                                                   United States District Judge