IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

CSX TRANSPORTATION, INC.,

    Plaintiff

v.                                        Civil Action No. 5:05-CV-202

ROBERT V. GILKISON;
PEIRCE, RAIMOND & COULTER, P.C., a
Professional Corporation a/k/a ROBERT PEIRCE
& ASSOCIATES, P.C., a Pennsylvania Professional
Corporation; ROBERT PEIRCE, JR.; LOUIS A.
RAIMOND; MARK T. COULTER; and RAY
HARRON, M.D.,

    Defendants.

**FILED** JUL 11 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of E. Duncan Getchell, Jr.., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 10, 2007

_____
United States District Judge