# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CSX TRANSPORTATION, INC.

**Plaintiff(s),**

v.  Civil NO: 5:05-CV-202

ROBERT V. GILKISON; ET AL.; and
RAY HARRON, M.D.
**Defendant(s).**

**FILED**
DEC - 4 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Elizabeth M. Johnson, Esq.                    , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12-4-07

_____
United States District Judge