# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CSX TRANSPORTATION, INC.

    **Plaintiff(s),**

    v.                              **CIVIL NO: 5:05-CV-202**

ROBERT V. GILKISON: ET AL.; AND
RAY HARRON, M.D.

    **Defendant(s).**

*FILED DEC 19 2007, U.S. DISTRICT COURT, WHEELING, WV 26003*

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ron Barroso, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12/19/07

                                                */s/*
                                          United States District Judge