## **Minute Entry**

Location: _____

v.                                                                Case No: _____

Hearing Date: _____

Judge: _____  _____

1) Gvt/Plntf Attorney:

2) Defense Attorney:

Type of Hearing:

Judge's Findings/Rulings:

Record of Hearing, Continued: