# INVOICE

VOCELLI

1127 Market S.
Wheeling, WV 26003
232-1100

Date: 8-14-09

Bill To: United States Federal Court
Clerks Office

| Description of Items Purchased | Price |
|---|---|
| (3) Large Pizzas | 32.31 |
| (2) 2 liter pepsi | 6.06 |

Purchaser Authorization: _Kia Alsiell_

Vocelli Pizza Authorization: _Shunbm_

Total Due: $ 32.31

Tip to Calvin Jeffreys    6

Please pay from this invoice. Thank you for your patronage!

$ 43.37