**From:** David Berardinelli [mailto:berardinelli@dkykb.com]
**Sent:** Friday, July 31, 2009 10:47 AM
**To:** Tarry, Samuel L. Jr
**Subject:** Re: more follow-up on Baylor motions in limine

I have not thought about it at this point but I do not think so with regard to the particular CT at issue but possibly about CTs in general and how he has used them or not used them in the past. Certainly, we would reserve the right to ask him questions about the CT or CTs in general depending on the cross.

Also, I was wrong on the hotel. We are staying at the Springhill Suites (Marriott).

David
David Berardinelli
DeForest Koscelnik Yokitis
   Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Tel: 412.227.3135 (direct)
Fax: 412.227.3130
berardinelli@dkykb.com
www.dkykb.com


On Jul 31, 2009, at 10:40 AM, Tarry, Samuel L. Jr wrote:

> David:
>
> Sorry for the continuing questions, but I just want to be sure we're on the same page. When we discussed the admissibility of the CT scan and opinions that might be offered about it, I don't know if I specifically asked about Dr. Breyer. Do you plan to have Dr. Breyer interpet the CT scan at trial or offer opinions about it?
>
> Thanks,
> Sam
>
> Samuel L. Tarry Jr

8/11/2009