IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

CSX TRANSPORTATION, INC.,

           Plaintiff,          Civil Action No.
                                      5:05-cv-202

v.

ROBERT V. GILKISON;                        Assigned to:
PEIRCE, RAIMOND & COULTER, P.C.,     Hon. Frederick P. Stamp, Jr.
a Pennsylvania Professional Corporation a/k/a
ROBERT PEIRCE & ASSOCIATES, P.C.,     Referred to:
a Pennsylvania Professional Corporation;    Hon. James E. Seibert
ROBERT PEIRCE, JR.; LOUIS A. RAIMOND;
MARK T. COULTER; and RAY HARRON, M.D.;

           Defendants.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 21st day of August, 2009, I served the foregoing Defendant Ray Harron, M.D.'s Rule 26(a)(3) Disclosure upon the below individuals via email, to the addresses provided to the ECF system, and by first class mail  addressed to the following:

Marc E. Williams
J. David Bolen
Huddleston Bolen, LLP
P.O. Box 2185
Huntington, WV 25722-2185
Counsel for Plaintiff

E. Duncan Getchell, Jr.
Samuel L. Tarry, Jr.
McGuire Woods
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Counsel for Plaintiff

John E. Gompers  
Gompers, McCarthy & McClure  
60 Fourteenth Street  
Wheeling, WV 26003  
Counsel for Defendant Gilkison  

Stanley W. Greenfield  
Greenfield & Kraut  
1040 Fifth Avenue  
Pittsburgh, PA 15219-6201  
Co-Counsel for Defendant Gilkison  

Robert A. Lockhart  
Schuda & Associates, PLLC  
232 Capitol Street, Suite 200  
P.O. Box 3425  
Charleston, WV 25335-3425  
Attorneys for Defendants,  
Peirce, Raimond & Coulter, P.C.,  
currently known as  
Robert Peirce & Associates, P.C.,  
Robert Peirce, Jr., Louis A. Raimond  
and Mark T. Coulter  

Walter P. DeForest  
David Berardinelli  
DeForest Koscelnik Yokitis Kaplan  
& Berardinelli  
3000 Koppers Building  
Pittsburgh, PA 15219  
Attorneys for Defendants,  
Peirce, Raimond & Coulter, P.C.,  
currently known as  
Robert Peirce & Associates, P.C.,  
Robert Peirce, Jr., Louis A. Raimond  
and Mark T. Coulter  

Elgine H. McArdle  
McArdle Law Office  
80-12th Street, Suite 206  
Wheeling, WV 26003  
Attorney for Richard Cassoff, M.D.

David A. Strassburger
Strassburger McKenna Gutnick & Gefsky
444 Liberty Avenue, Suite 2200
Pittsburgh, PA 15222
Attorney for Richard Cassoff, M.D.

Dated: August 21, 2009

RAY HARRON, M.D.

By Counsel

S/ Jerald E. Jones
WEST & JONES
360 Washington Avenue
P.O. Box 2348
Clarksburg, WV 26302
Telephone: 304-624-5501
Facsimile: 304-624-4454
Email: jerryjones@westandjones.com

S/ Lawrence S. Goldman
S/ Elizabeth M. Johnson
LAW OFFICES OF
LAWRENCE S. GOLDMAN
500 Fifth Avenue, 29th Floor
New York, NY 10110
Telephone: 212-997-7499
Facsimile: 212-997-7707
Email: lsg@lsgoldmanlaw.com
emj@lsgoldmanlaw.com

S/ Ron Barroso
5350 S. Staples
Suite 401
Corpus Christi, TX 78411
Telephone: 361-994-7200
Facsimile: 361-994-0069
Email: rbarrosolaw@interconnect.net