IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| CSX Transportation, Inc., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| Robert V. GILKISON, Peirce, Raimond & Coulter, P.C., a Pennsylvania professional corporation a/k/a Robert Peirce & Associates, P.C., a Pennsylvania professional corporation, Robert Peirce, Jr., Louis A. Raimond, Mark T. Coulter and Ray Harron, M.D., | ) ) ) ) ) ) ) ) ) ) ) Docket No. 5:05-CV-202 |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is given that CSX Transportation, Inc., Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on the 15th day of September, 2009, the Judgment Order entered in this action on the 15th day of September, 2009 and from all other adverse rulings in the case. Pursuant to Federal R. App. P. 4, this Notice of Appeal is timely filed in the District Court.

This the 29th day of September 2009.

Respectfully submitted,

__/s/ Marc E. Williams____

Marc E. Williams, Esquire
Robert L. Massie, Esquire
J. David Bolen, Esquire
Huddleston Bolen LLP
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722-2185
(304) 529-6181 (T)
(304) 522-4312 (F)

E. Duncan Getchell, Jr., Esquire
Samuel L. Tarry, Jr., Esquire
Mitchell K. Morris, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000 (T)
(804) 775-1061 (F)

*Counsel for the Plaintiff CSX Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 29, 2009, I will electronically file the foregoing Notice of Appeal on behalf of Plaintiff CSX Transportation, Inc. with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to:

Daniel R. Schuda, Esquire
Schuda & Associates, PLLC
232 Capitol Street, Suite 200
P.O. Box 3425
Charleston, WV 25335-3425

Stanley W. Greenfield, Esquire
Greenfield & Kraut
1040 Fifth Avenue
Pittsburg, PA 15219

John E. Gompers, Esquire
Gompers, McCarthy & McClure
60 Fourteenth Street
Wheeling, WV 26003

Lawrence S. Goldman, Esquire
Elizabeth M. Johnson, Esquire
Law Offices of Lawrence S. Goldman
500 Fifth Avenue, 29th Floor
New York, NY 10110

Walter P. DeForest, Esquire
DeForest Koscelnik Yokitis & Kaplan
3000 Koppers Building
Pittsburg, PA 15219

Ron Barroso, Esquire
5350 S. Staples
Suite 401
Corpus Christi, TX 78411

Jerald E. Jones, Esquire
West & Jones
360 Washington Avenue
P.O. Box 2348
Clarksburg, West Virginia 26302-2348

            By:   /s/ Marc E. Williams
                Marc E. Williams, Esquire
                Robert E. Massie, Esquire
                J. David Bolen, Esquire
                HUDDLESTON BOLEN LLP
                611 Third Avenue
                P.O. Box 2185
                Huntington, WV 25722-2185
                (304) 529-6181 (T)
                (304) 522-4312 (F)