UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 09-2135
(5:05-cv-00202-FPS-JES)

———————————


CSX TRANSPORTATION, INCORPORATED,

                Plaintiff - Appellant

v.

ROBERT V. GILKISON; PEIRCE, RAIMOND & COULTER, PC, a/k/a Robert
Peirce & Associates, P.C., a Pennsylvania Professional
Corporation; JOHN DOES; ROBERT N. PEIRCE, JR.; LOUIS A. RAIMOND;
MARK T. COULTER; RAY A. HARRON, Dr.,

                Defendants - Appellees

 and

RICHARD CASSOFF, M.D.,

                Party-in-Interest

LUMBERMENS MUTUAL CASUALTY COMPANY,

                Intervenor


———————————————

NOTICE OF APPELLATE CASE OPENING

———————————————

| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
|---|---|
| Originating Court Case Number | 5:05-cv-00202-FPS-JES |

| Date notice of appeal filed in originating court | 09/29/2009 |
| Appellant(s) | CSX Transportation, Incorporated |
| Appellate Case Number | 09-2135 |
| Case Manager | Jeffrey S. Neal 804-916-2702 |

The above-captioned case has been opened in this Court.