**STEPHEN MORRISON**

**PRIVATE INVESTIGATIONS**

**6208 DIVISION ROAD**

**HUNTINGTON, WV 25705**

**(304) 521-9693**

**stepmorr@comcast.net**


**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF WEST VIRGINIA**

**CSX**

**VS**

**ROBERT GILKISON**

**5:05CV202**

**SUBPOENA IN A CIVIL CASE**


**SERVICE OF PROCESS**

A.F. "Bo" Bobersky                          8/6/2009        $ 40.00


**TOTAL**                                                     **$ 40.00**

# SCHUDA & ASSOCIATES, *pllc*
## CHECK REQUEST

| Today's Date | Date Needed (If Rush) | Timeslips' No. | Bill Client or Firm | Date Written: | Check No. |
|---|---|---|---|---|---|
| **08-06-09** | | **217433** | **Client** | | |

| | | | |
|---|---|---|---|
| Matter Name.: | CSX v. Peirce | Matter No: | 10036 |

| | |
|---|---|
| Payable to: | A. F. Bobersky |

| | |
|---|---|
| Address: | Mr. A. F. Bobersky<br>52 Mayfair Way<br>Huntington, WV 23705 |

| | | | |
|---|---|---|---|
| Amount: | $293.55 | Tax No.: | |

| | |
|---|---|
| Reason: | Witness fee + mileage from Huntington, WV to Wheeling, WV for trial attendance |

| | |
|---|---|
| Attorney/Paralegal Approval: | *DMS* |

| | |
|---|---|
| NOTES: | Round trip mileage is 461 miles, x $0.55/mile = $253.55<br>+ witness fee of  $ 40.00<br>$293.55 |

# TRANSCRIPT COSTS

| Deponent | Date of Deposition | Court Reporter | Costs |
|---|---|---|---|
| | | | |
| Douglas Greer | 01-28-2009 | Southern Court Reporting | $318.48 |
| John Thompson | 01-29-2009 | Southern Reporting | $635.00 |
| Robert Close | 02-13-2009 | Collins Reporting Service, Inc. | $610.20 |
| A. F. Bobersky | 02-17-2009 | Harris Reporting | $192.55 |
| Ray Harron | 03-11-2009 05-27-2009 | Accelerated Court Reporters | $946.90 |
| Dr. Henry Smith | 04-04-2009 | National Court Reporters | $3,351.00 |
| Danielle Daley | 04-06-2009 | Accelerated Court Reporters | $409.35 |
| Mark Coulter | 04-06-2009 | Accelerated Court Reporters | $243.95 |
| Lindsey Phillips | 04-07-2009 | Accelerated Court Reporters | $197.58 |
| Louis Raimond | 04-07-2009 | Accelerated Court Reporters | $315.43 |
| Robert Pierce | 04-07-2009 | Accelerated Court Reporters | $220.08 |
| Dr. Arthur Frank | 04-23-2009 | Accurate Court Reporting | $935.00 |
| Dr. Anil Vachani | 04-28-2009 | Esquire | $1,018.85 |
| John Burkoff | 04-28-2009 | Accelerated Court Reporters | $363.80 |
| David Johnson, III, Esq. | 04-29-2009 | Harris Reporting | $617.85 |
| R. Gregory McDermott | 04-30-2009 | Accelerated Court Reporters | $249.50 |

| | | | |
|---|---|---|---|
| Dr. Kenneth D. Rosenman | 05-01-2009 | Accurate Court Reporting | $528.75 |
| Dr. Kevin Cooper | 05-05-2009 | Esquire | $1,734.88 |
| Michael Ellenbecker | 05-08-2009 | Accurate Court Reporting | $588.6 |
| William Bullock, Ph.D. | 05-13-2009 | Southern Court Reporting | $1,438.30 |
| Prof. Lester Brickman | 05-14-2009 | Esquire | $3,713.01 |
| | | | |
| Hearing Transcript | 08-03-2009 | Jennifer Vail-Kirkbride | $286.15 |
| Hearing Transcript | 08-31-2009 | Jennifer Vail-Kirkbride | $120.45 |
| | | | |
| | | TOTAL: | $19,035.66 |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22188 | 2/4/2009 | 8222 |

| Job Date | Case No. | |
|---|---|---|
| 1/28/2009 | 5:05-CV-202 | |

| Case Name | | |
|---|---|---|
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

O + 1 of the Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Douglas R. Greer | 37.00 | Pages | @ | 3.95 | 146.15 |
| Exhibit | 3.00 | Pages | @ | 0.35 | 1.05 |
| First hour | | | | 60.00 | 60.00 |
| Subsequent Hour(s) | 0.50 | Hours | @ | 40.00 | 20.00 |
| E-Mail | | | | 15.00 | 15.00 |
| Postage | | | | 7.67 | 7.67 |
| Mini as Copy | | | | 0.00 | 0.00 |

**TOTAL DUE >>>**  $249.87

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax   (386)258-1662

| (-) Payments/Credits: | 249.87 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 412-227-3100   Fax:

*Please detach bottom portion and return with payment.*

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

| | | | | |
|---|---|---|---|---|
| Job No. | : 8222 | BU ID | : Southern |
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |
| Invoice No. | : 22188 | Invoice Date | : 2/4/2009 |
| **Total Due** | **: $ 0.00** | | |

## PAYMENT WITH CREDIT CARD     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

**Remit To:  Southern Reporting Company**
**747 South Ridgewood Avenue**
**Suite 209**
**Daytona Beach, FL 32114**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22190 | 2/4/2009 | 8222 |

| Job Date | Case No. | |
|---|---|---|
| 1/28/2009 | 5:05-CV-202 | |

| Case Name | | |
|---|---|---|

CSX Transportation, Inc., v. Robert V. Gilkison;
Peirce, Raimond & Coulter, P.C.,

| Payment Terms | | |
|---|---|---|

Due upon receipt

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

Copy of the Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Douglas R. Greer | 37.00 | Pages | @ | 2.25 | 83.25 |
| Exhibit | 3.00 | Pages | @ | 0.35 | 1.05 |
| Mini as Copy | | | | 0.00 | 0.00 |
| Postage | | | | 6.98 | 6.98 |
| E-Mail | | | | 15.00 | 15.00 |

**TOTAL DUE  >>>          $106.28**

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax    (386)258-1662

| (-) Payments/Credits: | 106.28 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 304.343.8928   Fax:304.343.8929

*Please detach bottom portion and return with payment.*

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

| | | | | |
|---|---|---|---|---|
| Job No. | : 8222 | BU ID | : Southern |
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce, Raimond & Coulter, P.C., | | |
| Invoice No. | : 22190 | Invoice Date | : 2/4/2009 |
| **Total Due** | **: $ 0.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Southern Reporting Company**
**747 South Ridgewood Avenue**
**Suite 209**
**Daytona Beach, FL 32114**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22192 | 2/4/2009 | 8223 |

| Job Date | Case No. |
|---|---|
| 1/29/2009 | 5:05-CV-202 |

| Case Name |
|---|
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce, Raimond & Coulter, P.C., |

| Payment Terms |
|---|
| Due upon receipt |

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

O + 1 of the Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| John Thompson | 80.00 | Pages | @ | 3.95 | 316.00 |
| Exhibit | 20.00 | Pages | @ | 0.35 | 7.00 |
| First hour | | | | 60.00 | 60.00 |
| Subsequent Hour(s) | 1.25 | Hours | @ | 40.00 | 50.00 |
| E-Mail | | | | 15.00 | 15.00 |
| Mini as Copy | | | | 0.00 | 0.00 |

| | |
|---|---|
| TOTAL DUE >>> | $448.00 |

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax    (386)258-1662

| | |
|---|---|
| (-) Payments/Credits: | 448.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 412-227-3100   Fax:

*Please detach bottom portion and return with payment.*

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

| | | | |
|---|---|---|---|
| Job No. | : 8223 | BU ID | : Southern |
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce, Raimond & Coulter, P.C., | | |
| Invoice No. | : 22192 | Invoice Date | : 2/4/2009 |
| **Total Due** | **: $ 0.00** | | |

Remit To:  **Southern Reporting Company**
           **747 South Ridgewood Avenue**
           **Suite 209**
           **Daytona Beach, FL 32114**

## PAYMENT WITH CREDIT CARD     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22195 | 2/4/2009 | 8223 |

| Job Date | Case No. | |
|---|---|---|
| 1/29/2009 | 5:05-CV-202 | |

| Case Name | | |
|---|---|---|
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

Copy of the Deposition of:

| | | | | |
|---|---|---|---|---|
| John Thompson | 80.00 Pages | @ | 2.25 | 180.00 |
| Exhibit | 20.00 Pages | @ | 0.35 | 7.00 |
| Mini as Copy | | | 0.00 | 0.00 |
| E-Mail | | | 15.00 | 15.00 |

**TOTAL DUE >>>**     **$202.00**

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax   (386)258-1662

| (-) Payments/Credits: | 202.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.0 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 304.343.8928   Fax:304.343.8929

*Please detach bottom portion and return with payment.*

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

| | | | | |
|---|---|---|---|---|
| Job No. | : 8223 | BU ID | : Southern |
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |
| Invoice No. | : 22195 | Invoice Date | : 2/4/2009 |
| **Total Due** | : **$ 0.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Southern Reporting Company**
**747 South Ridgewood Avenue**
**Suite 209**
**Daytona Beach, FL 32114**

# Collins Reporting Service Inc.                                    Invoice

**Registered Professional Reporters and Videographers**

405 North Huron Street
Toledo, OH 43604

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 19, 2009 | 21295DW |

Phone: (419) 255-1010      Fax: (419) 244-8222      **Fed. I.D. # 34-1561103**

Robert A. Lockhart
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25301

Phone:     (304) 343-8928      Fax:

**Witness:**  Robert Close

**Case:**   CSX v. Gilkison

**Venue:**   USDC, Northern District of West Virginia

**Number:** 5:05CV202

**Date:**         2/13/2009

**Time:**            1:30 PM

**Reporter:** Veronica Buettner, DF
*21747DW*

| Description | Total |
|---|---|
| Attendance | $75.00 |
| Original, Condensed & Ascii (E-Tran) | $227.50 |
| 55 Pg.. @ $3.50/Pg.. + $35 - ASCII | |
| Delivery Fee | $12.85 |
| Sub Total | $315.35 |
| Payments | $315.35 |
| Balance Due | $0.00 |

**Please note invoice number on remittance to insure proper credit.**

Terms:    **Payable Upon Receipt - Finance Charge is computed on a periodic rate of 1.75% per month,
which is 21% annually and is applied to any previous balance not paid within 30 days.**

*Peru*  *Bobersky*

*Harris Reporting, LLC*
*2504 Kanawha Avenue SE*
*Charleston, WV 25304*
*Phone: (304) 345-4742*

# SERVICE INVOICE

**SERVICE FOR**
In the United States District Court for
the Northern District of West Virginia
CSX Transportation, Inc., vs. Robert V.
Gilkison, et al.
Location: Huddleston Bolen
Charleston, WV
Reporter: Barbara Harris

**INVOICE NUMBER** 3081

**FEIN NUMBER** 20-1611394
**JOB DESCRIPTION** Deposition
**DATE** Feb. 26, 2009

David J. Berardinelli, Esquire
DeForest Koscelnik Yokitis Kaplan
and Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, Pa. 15219

| DATE | SERVICE DESCRIPTION | | | AMOUNT |
|------|---------------------|---|---|--------|
| 2/17/09 | Original, condensed copy w/transcript | | | 138.60 |
| | Etranscript | | | |
| | Reporter's Fee | 1 | 50.00 | 50.00 |
| | Postage | | | 3.95 |

| | |
|---|---|
| **$192.55** | |
| Total Due | |

**MAKE CHECKS PAYABLE TO:**
Harris Reporting, LLC
PLEASE INCLUDE COPY OF INVOICE OR INVOICE
NUMBER WITH PAYMENT.

Accelerated Court Reporters, Inc.

P. O. Box 1698
Huntington, WV 25717

accceleratedcourtreporters.com

Phone 304.399.1115

FAX 304.399-1120

| Date | Invoice # |
|------|-----------|
| 3/16/2009 | 90697-MS |

Tax ID No. 55-0749188

**Bill To**

Deforest Koscelnik Yokitis & Kaplan
3000 Koppers Building
Pittsburgh, PA 15219
Attn: David Berardinelli, Esq.

| Terms | Delivery D... |
|-------|---------------|
|  | 3/16/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | CSX vs. Robert V. Gilkison, et al<br>March 11, 2009<br><br>Ray Harron Deposition with Exhibits<br><br><br>~~Mailed Upon Receipt of Payment~~ | 336.70 |
|  | **Total** | $336.70 |

Accelerated Court Reporters, Inc.

Invoice

P. O. Box 1698
Huntington, WV 25717

Phone 304.399.1115

FAX 304.399-1120

acceleratedcourtreporters.com

| Date | Invoice # |
|------|-----------|
| 3/16/2009 | 90844 |

Tax ID No. 55-0749188

**Bill To**

Schuda & Associates
Karen Jenkins,  ESQ.
P. O. Box 3425
Charleston WV 25335-3425

| Terms | Delivery D... |
|-------|---------------|
| Upon Receipt | 5/1/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| | CSX vs. Robert V. Gilkison, et al<br>March 11, 2009 | |
| Service | Ray Harron Deposition with Exhibits | 336.70 |
| Service | Video | 180.00 |

| Total | $516.70 |
|-------|---------|

Accelerated Court Reporters, Inc.

Invoice

P. O. Box 1698
Huntington, WV 25717

accceleratedcourtreporters.com

Phone 304.399.1115

FAX 304.399-1120

| Date | Invoice # |
|------|-----------|
| 6/5/2009 | 90944-RJR |

Tax ID No. 55-0749188



RECEIVED
JUN 12 2009
BY:

**Bill To**

DeForest Koscelnik Yokitis
 Kaplan & Berardinelli
DAVID J. BERARDINELLI, ESQ.
Koppers Bldg., 30th Floor
Pittsburgh, PA 15219

| Terms | Delivery D... |
|-------|---------------|
|  | 6/5/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | CSX vs. Gilkison - May 27, 2009<br><br>Dr. Ray Harron Depo Continued<br> with video | 273.50 |
|  | **Total** | $273.50 |



**National Court Reporters, Inc.**

**16600 Sprague Road, Suite 170**
**Cleveland, Ohio 44130-6318**
**440-826-4000  Fax 440-234-3811**

# Invoice

| | |
|---|---|
| **Invoice Date** | 5/21/2009 |
| **Invoice #** | 9161 |

**Bill To:**

Robert A. Lockhart, Esq.
Schuda & Associates, PLLC
232 Capitol Street
Suite 200, PO Box 3425
Charleston, WV 25335-3425

**In Re:**

CSX -vs- Gilkison

RECEIVED
JUN 13 2009
BY:

**Case No.**

**Job Date**   5/4/2009

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 5/4/2009 | Henry Smith, DO | Appearance C... | Appearance Court Reporter | 4 | 95.00 | 380.00 |
| | | Transcript Ori... | Transcript Original +1/Index (per page) | 263 | 5.95 | 1,564.85 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 35 | 1.49 | 52.15 |
| | | Appearance Vi... | Appearance Videographer (per hour) | 4 | 295.00 | 1,180.00 |
| | | DVD | DVD M-Peg | 4 | 295.00 | 1,180.00 |
| | | Administration... | Administration Fee | | 49.00 | 49.00 |
| | | ASCII or Con... | ASCII or Condensed | | 29.50 | 29.50 |
| | | Notary Certific... | Notary Certificate | | 50.00 | 50.00 |
| | | Shipping & H... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 4,523.00 |

*To avoid administrative and collections charges, all invoices must be paid NET 30.*

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-234-3811 |

All invoices over 30 days are subject to
collection fees, including, but not limited to:
A monthly administrative fee of $50 and
maximum interest rate allowable by law.

| | |
|---|---|
| **Total** | $4,523.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,523.00 |

**NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS.  WE KNOW THAT YOU HAVE CHOICES AND**
**WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.**



**National Court Reporters, Inc.**

**16600 Sprague Road, Suite 170**
**Cleveland, Ohio 44130-6318**
**440-826-4000   Fax 440-234-3811**

# Invoice

| | |
|---|---|
| **Invoice Date** | 5/21/2009 |
| **Invoice #** | 9163 |

**Bill To:**

David J. Berardinelli, Esq.
DeForest, Koscelnik, Yokitis, Kaplan & Be
Koppers Building
30th Floor,436 Seventh Ave
Pittsburgh, PA 15219

**In Re:**

CSX -vs- Gilkison

RECEIVED
JUN 26 2009
BY:

**Case No.**

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Job Date**   5/4/2009

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 5/4/2009 | Henry Smith, DO | Transcript | Transcript Copy/Index | 263 | 4.95 | 1,301.85 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 35 | 1.49 | 52.15 |
| | | Administration... | Administration Fee | | 49.00 | 49.00 |
| | | | | | | 1,403.00 |

*To avoid administrative and collections charges, all invoices must be paid NET 30.*

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-234-3811 |

All invoices over 30 days are subject to
collection fees, including, but not limited to:
A monthly administrative fee of $50 and
maximum interest rate allowable by law.

| | |
|---|---|
| **Total** | $1,403.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,403.00 |

**NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS.  WE KNOW THAT YOU HAVE CHOICES AND**
**WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.**



**National Court Reporters, Inc.**

16600 Sprague Road, Suite 170
Cleveland, Ohio 44130-6318
440-826-4000  Fax 440-234-3811

# Invoice

**Invoice Date**    9/3/2009

**Invoice #**    9770

**Bill To:**

David J. Berardinelli, Esq.
DeForest, Koscelnik, Yokitis, Kaplan & Be
Koppers Building
30th Floor,436 Seventh Ave
Pittsburgh, PA 15219

**In Re:**

CSX -vs- Gilkison

RECEIVED
OCT 0 2 2009
BY: - - - - - - - - -

**Case No.**

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Job Date**    5/4/2009

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|----------|----------|---------|-------------|----------|----------|--------|
| 5/4/2009 | Henry Smith, MD | DVD | DVD M-Peg | 2 | 295.00 | 590.00 |
|  |  | Administration... | Administration Fee |  | 49.00 | 49.00 |
|  |  | Shipping & H... | Shipping and Handling |  | 37.50 | 37.50 |

*Invoice due upon receipt and is not contingent upon client payment*

|  |  |
|--------|--------|
| Phone # | Fax # |
| 440-826-4000 | 440-234-3811 |

All invoices over 30 days are subject to
collection fees, including, but not limited to:
A monthly administrative fee of $50 and
maximum interest rate allowable by law.

**Total**    $676.50

**Payments/Credits**    $0.00

**Balance Due**    $676.50

**NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS.  WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.**

Accelerated Court Reporters, Inc

TS

Invoice

P. O. Box 1698
Huntington, WV 25717

accceleratedcourtreporters.com

Phone 304.399.1115

FAX 304.399-1120

| Date | Invoice # |
|------|-----------|
| 4/9/2009 | 90727-AKI |

**Bill To**

Deforest Koscelnik Yokitis
 Kaplan & Berardinelli
DAVID J. BERARDINELLI, ESQ.
Koppers Bldg., 30th Floor
Pittsburgh, PA 15219

Tax ID No. 55-0749188

| Terms | Delivery D... |
|-------|---------------|
| Upon Receipt | 4/9/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| | CSX vs. Gilkison, et al<br>April 6, 2009 | |
| Service<br>Service | Danielle Daley Deposition<br>Mark Coulter Deposition | 409.35<br>243.95 |

| Total | $653.30 |
|-------|---------|

Accelerated Court Reporters, Inc.

Invoice

P. O. Box 1698
Huntington, WV 25717

Phone 304.399.1115

FAX 304.399-1120

accateratedcourtreporters.com

| Date | Invoice # |
|---|---|
| 4/9/2009 | 90732-AKF |

**Bill To**

Schuda & Associates
ROBERT A. LOCKHART, ESQ.
P. O. Box 3425
Charleston WV 25335-3425

Tax ID No. 55-0749188

| Terms | Delivery D... |
|---|---|
| Upon Receipt | 4/9/2009 |

| Item | Description | Amount |
|---|---|---|
| | CSX vs. Gilkison, et al | |
| | April 7, 2009 | |
| Service | Lindsey Phillips Depo | 197.58 |
| Service | Louis Raimond Depo | 315.43 |
| Service | Robert Pierce Depo | 220.08 |

| | Total | |
|---|---|---|
| | | $733.09 |


RECEIVED
APR 1 3 2009
BY:_____



## "One Call Truly Does It All"

Nationwide Depositions, Hearings & Trials • Conference Facilities • Video Conferencing
Legal Video Services • Exhibit Scanning • Transcript / Video Synchronization • 24-7 Online Repository

## 1.888.ACR.3335 • 1.800.862.4206 (Fax)

info@acrdepos.com • scheduling@acrdepos.com • www.acrdepos.com

DAVID J. BERARDINELLI, ESQ.
DEFOREST, KOSCELNIK, YOKITIS, KAPLAN & BERARDINELLI
436 7TH AVE.
30TH FLOOR
PITTSBURGH, PA 15219

### Invoice #21580

| Date | Terms |
|------|-------|
| 05/12/2009 | Net 30 |

Shipped To: BERARDINELLI, DAVID J. ESQ.
DEFOREST, KOSCELNIK, YOKITIS, KAPLAN
& BERARDINELLI
436 7TH AVE.
30TH FLOOR
PITTSBURGH, PA 15219

| Assignment | Case | Acr File Number | Shipped | Shipped Via |
|------------|------|-----------------|---------|-------------|
| 04/23/2009 | CSX TRANSPORTATION, INC. v.GILKISON, ROB... | 1837 | 04/28/2009 | Repository |

| Description | Amount |
|-------------|--------|
| **Copy Transcript Expert / Technical / Medical of ARTHUR FRANK, M.D.  Vol: 1** | |
| Copy of Transcript | $935.60 |
| | $935.60 |

| | |
|---|---|
| Amount Due: | $935.60 |
| Paid: | $935.60 |

*Thank you for your prompt payment.*

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | Upon Receipt |

REMIT TO:  24650 Sandhill Blvd. Suite 401, Punta Gorda, FL 33983 • Federal Tax Id# 16-1587522 • *1.5% finance charge applied to all invoices over 30 days.

Method of Payment:

☐ Check Enclosed (Please make check payable to: ACCURATE COURT REPORTING, INC.)

☐ Visa  ☐ Mastercard  ☐ Discover  ☐ American Express

Credit Card#: ☐☐☐☐ — ☐☐☐☐ — ☐☐☐☐ — ☐☐☐☐

Exp. Date: ☐☐ ☐☐   Security Code: ☐☐☐☐

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

*Terms: Payable upon receipt 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection cost, including contingency fee paid to attorney.


Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ52049

| Invoice Date | Terms |
|---|---|
| 05/27/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

KAREN RACER ,ESQ.
SCHUDA & ASSOCIATES, PLLC
SUITE 200
232 CAPITOL STREET
CHARLESTON, WV 25301

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/28/2009 | CSX TRANSPORTATION INC. vs. GILKISON, | 46373 | 05/13/2009 | F-S-O |

| Description | Amount |
|---|---|

Services Provided on 04/28/2009, ANIL VACHANI

| | |
|---|---|
| | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| COPY OF TRANSCRIPT - MEDICAL TECHNICAL (287 Pages) | $ 1,018.85 |
| LITIGATION SUPPORT CD-ROM | $ 20.00 |
| | $ 1,038.85 |
| | |
| DELIVERY - OTHER | $ 43.47 |
| | $ 43.47 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,082.32 |
| Paid: | $ 1,082.32 |
| Balance Due : | $ 0.00 |
| Payment Due : | 06/26/2009 |
| After 07/11/2009 Pay This Amount: | $ 0.00 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*THANK YOU*

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ52049
Invoice Date: 05/27/2009
Balance: $ 0.00
Due Date: 06/26/2009
Late Date: 07/11/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 301518,    New York NY 10008-1518

059 0000052049 05272009 5 000000000 0 06262009 07112009 7 000000000 02

Accelerated Court Reporters, Inc.

P. O. Box 1698
Huntington, WV 25717

accceleratedcourtreporters.com

Phone 304.399.1115

FAX 304.399-1120

Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2009 | 90849-AKF |

**Bill To**

Schuda & Associates
Karen Jenkins, ESQ.
P. O. Box 3425
Charleston WV 25335-3425

Tax ID No. 55-0749188

| Terms | Delivery D... |
|-------|---------------|
| Upon Receipt | 5/1/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | CSX vs. Gilkison, et al<br>April 28, 2009<br><br>John Burkoff Deposition | 363.80 |
| | **Total** | $363.80 |

*Harris Reporting, LLC*
*2504 Kanawha Avenue SE*
*Charleston, WV 25304*
*Phone: (304) 345-4742*

# SERVICE INVOICE

*TO Laura*
*5-16-09*

SERVICE FOR
In the United States District Court for
the Northern District of West Virginia
CSX Transportation, Inc., vs. Robert V.
Gilkison, et al.
Location: Huddleston Bolen, LLP
Charleston, WV
Reporter: Barbara Harris

| INVOICE NUMBER | 4047 |
| --- | --- |
| FEIN NUMBER | 20-1611394 |
| JOB DESCRIPTION | Deposition |
| DATE | May 14, 2009 |

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
P. O. Box 3425
Charleston, WV 25335-3425

| DATE | SERVICE DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 4/29/09 | Original and one condensed copy w/index<br>Etranscripts to Lockhart and DeForest<br><br>Deposition of David Johnson<br>Reporter's Fee | 542.85<br>75.00 |
| | | **$617.85** |
| | | **Total Due** |

**MAKE CHECKS PAYABLE TO:**
Harris Reporting, LLC
PLEASE INCLUDE COPY OF INVOICE OR INVOICE
NUMBER WITH PAYMENT.

Accelerated Court Reporters, Inc.

Invoice

P. O. Box 1698
Huntington, WV 25717

Phone 304.399.1115

FAX 304.399-1120

accceleratedcourtreporters.com

| Date | Invoice # |
|------|-----------|
| 5/1/2009 | 90858-AKF |

**Bill To**

Schuda & Associates
Karen Jenkins,  ESQ.
P. O. Box 3425
Charleston WV 25335-3425

Tax ID No. 55-0749188

| Terms | Delivery D... |
|-------|---------------|
| Upon Receipt | 5/1/2009 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | CSX vs. Gilkison<br>April 30, 2009<br><br>R. Gregory McDermott Deposition<br>Next Day Delivery | 249.50 |

| | Total | $249.50 |



# "One Call Truly Does It All"

Nationwide Depositions, Hearings & Trials • Conference Facilities • Video Conferencing
Legal Video Services • Exhibit Scanning • Transcript / Video Synchronization • 24-7 Online Repository

## 1.888.ACR.3335 • 1.800.862.4206 (Fax)

info@acrdepos.com • scheduling@acrdepos.com • www.acrdepos.com

ROBERT A. LOCKHART, ESQ.
SCHUDA & ASSOCIATES
232 CAPITOL STREET
SUITE 200
CHARLESTON, WV 25335



RECEIVED
AUG 24 2009
BY: -----------------------------

## Invoice #21790

| Date | Terms |
|------|-------|
| 06/07/2009 | Net 30 |

### Re-Sent On 08/03/2009

Shipped To:  LOCKHART, ROBERT A. ESQ.
SCHUDA & ASSOCIATES
232 CAPITOL STREET
SUITE 200
CHARLESTON, WV 25335

| Assignment | Case | Acr File Number | Shipped | Shipped Via |
|------------|------|-----------------|---------|-------------|
| 05/01/2009 | CSX TRANSPORTATION, INC. v.GILKISON, ROB... | 1837 | 06/07/2009 | Repository |

| Description | Amount |
|-------------|--------|
| **Copy Transcript Expert / Technical / Medical of KENNETH D. ROSENMAN, M.D.  Vol: 1** | |
| Copy of Transcript | $ 528.75 |
| | $ 528.75 |
| Finance Charge on 08/03/2009 | $ 7.93 |
| | $ 7.93 |

| | |
|--|--|
| Amount Due: | $ 536.68 |
| Paid: | $ 0.00 |

| | |
|--|--|
| Balance Due: | $ 536.68 |
| Payment Due: | Upon Receipt |

*Thank you for your prompt payment.*

---

REMIT TO:  24650 Sandhill Blvd. Suite 401, Punta Gorda, FL 33983 • Federal Tax Id# 16-1587522 • *1.5% finance charge applied to all invoices over 30 days.

**Method of Payment:**

☐ Check Enclosed (Please make check payable to: **ACCURATE COURT REPORTING, INC.**)

☐ Visa ☐ Mastercard ☐ Discover ☐ American Express

Credit Card#: ☐☐☐☐ – ☐☐☐☐ – ☐☐☐☐ – ☐☐☐☐

Exp. Date: ☐☐ ☐☐    Security Code: ☐☐☐☐

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

*Terms: Payable upon receipt 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection cost, including contingency fee paid to attorney.



### ESQUIRE

Esquire - Richmond
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (804) 225-9762
Toll Free (800) 752-8979
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ53411

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

DAVID BERARDINELLI ,ESQ.
DEFOREST, KOSCELNIK,YOKITISM KAPLAN & BERARDI
30TH FLOOR
436 7TH AVENUE
PITTSBURG, PA 15219

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2009 | CSX TRANSPORTATION INC. vs. GILKISON, | 46333 | 05/20/2009 | F-P-O |

| Description | Amount |
|---|---|

Services Provided on 05/05/2009, KEVIN COOPER

| | |
|---|---|
| ORIGINAL & ONE COPY - MEDICAL TECHNICAL VIDEO (178 Pages) | $ 1,439.88 |
| APPEARANCE FEE - HOURLY AFTER FIRST 2 HOURS (3 Hours) | $ 97.90 |
| APPEARANCE FEE - HOURLY MINIMUM (2 HOURS) | $ 120.00 |
| LITIGATION SUPPORT CD-ROM | $ 175.00 |
| | $ 20.00 |
| | $ 1,852.78 |
| | |
| ARCHIVING FEE | $ 30.00 |
| DELIVERY - OTHER | $ 51.72 |
| SERVICE FEE - SCANNEDDEPOSITS | $ 193.45 |
| | $ 275.17 |

## CONTINUED ON NEXT PAGE ...

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Richmond
Invoice Number: EQ53411
Invoice Date: 05/31/2009
Balance: $ 0.00
Due Date: 07/01/2009
Late Date: 07/16/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 301518,   New York NY 10008-1518



# ACR
## ACCURATE
### COURT REPORTING, INC.

**"One Call Truly Does It All"**

Nationwide Depositions, Hearings & Trials • Conference Facilities • Video Conferencing
Legal Video Services • Exhibit Scanning • Transcript / Video Synchronization • 24-7 Online Repository

## 1.888.ACR.3335 • 1.800.862.4206 (Fax)

info@acrdepos.com • scheduling@acrdepos.com • www.acrdepos.com

WALTER P DEFOREST, ESQ
DEFOREST, KOSCELNIK, YOKITIS, KAPLAN & BERARDINELLI
436 7TH AVE.
30TH FLOOR
PITTSBURGH, PA 15219

### Invoice #22024

| Date | Terms |
|------|-------|
| 06/25/2009 | Net 30 |

Shipped To:  DEFOREST, WALTER P ESQ
DEFOREST, KOSCELNIK, YOKITIS, KAPLAN
& BERARDINELLI
436 7TH AVE.
30TH FLOOR
PITTSBURGH, PA 15219

| Assignment | Case | Acr File Number | Shipped | Shipped Via |
|------------|------|-----------------|---------|-------------|
| 05/08/2009 | CSX TRANSPORTATION, INC. v.GILKISON, ROB... | 1837 | 05/11/2009 | Repository |

| Description | Amount |
|-------------|--------|
| **Copy Transcript Expert / Technical / Medical of MICHAEL ELLENBECKER  Vol: 1** | |
| Copy of Transcript | $ 588.60 |
| | $ 588.60 |

|  | |
|--|--|
| Amount Due: | $ 588.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 588.60 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*Thank you for your prompt payment.*

After 07/25/2009 Pay This Amount:  $ 597.43

REMITTANCE COPY

REMIT TO:  24650 Sandhill Blvd. Suite 401, Punta Gorda, FL 33983 • Federal Tax Id# 16-1587522 • *1.5% finance charge applied to all invoices over 30 days.
**Method of Payment:**

☐ Check Enclosed (Please make check payable to: **ACCURATE COURT REPORTING, INC.**)

☐ Visa  ☐ Mastercard  ☐ Discover  ☐ American Express

Credit Card#: ☐☐☐☐ – ☐☐☐☐ – ☐☐☐☐ – ☐☐☐☐

Exp. Date: ☐☐ ☐☐   Security Code: ☐☐☐☐

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

*Terms: Payable upon receipt 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection cost, including contingency fee paid to attorney.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23170 | 5/26/2009 | 9178 |

| Job Date | Case No. | |
|---|---|---|
| 5/13/2009 | 5:05-CV-202 | |

| Case Name |
|---|
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., |

| Payment Terms |
|---|
| Due upon receipt |

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

| Copy of the Video Deposition of: | | | | |
|---|---|---|---|---|
| William Bullock, Ph.D. | 162.00 Pages | @ | 2.50 | 405.00 |
| First hour | | | 60.00 | 60.00 |
| Subsequent Hour(s) | 3.00 Hours | @ | 40.00 | 120.00 |
| E-mail as Copy | | | 0.00 | 0.00 |
| E-Mail | | | 15.00 | 15.00 |
| Video Service | | | 507.50 | 507.50 |
| Postage | | | 7.12 | 7.12 |

**TOTAL DUE >>> $1,114.62**

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax (386)258-1662

| (-) Payments/Credits: | 1,114.62 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 412-227-3100    Fax:

*Please detach bottom portion and return with payment.*

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

Job No.     : 9178        BU ID     : Southern
Case No.    : 5:05-CV-202
Case Name   : CSX Transportation, Inc., v. Robert V. Gilkison;
              Peirce,Raimond & Coulter, P.C.,

Invoice No. : 23170       Invoice Date : 5/26/2009
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Southern Reporting Company**
          **747 South Ridgewood Avenue**
          **Suite 209**
          **Daytona Beach, FL 32114**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23172 | 5/26/2009 | 9178 |
| **Job Date** | **Case No.** | |
| 5/13/2009 | 5:05-CV-202 | |
| **Case Name** | | |
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

O+1 of the Video Deposition of:

| | | | | |
|---|---|---|---|---|
| William Bullock, Ph.D. | 162.00 Pages | @ | 4.20 | 680.40 |
| E-mail as Copy | | | 0.00 | 0.00 |
| E-Mail | | | 15.00 | 15.00 |
| Postage | | | 8.77 | 8.77 |

**TOTAL DUE >>>**   **$704.17**

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax   (386)258-1662

(-) Payments/Credits:     704.1⁻
(+) Finance Charges/Debits:   0.0.
(=) New Balance:           **0.00**

**Tax ID:** 20-0742198

Phone: 304.343.8928   Fax:304.343.8929

*Please detach bottom portion and return with payment.*

Robert A. Lockhart, Esquire
Schuda & Associates, PLLC
232 Capitol Street
Suite 200
Charleston, WV 25335

| | | | | |
|---|---|---|---|---|
| Job No. | : 9178 | BU ID | :Southern |
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |
| Invoice No. | : 23172 | Invoice Date | :5/26/2009 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Southern Reporting Company**
**747 South Ridgewood Avenue**
**Suite 209**
**Daytona Beach, FL 32114**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23896 | 8/19/2009 | 9178 |

| Job Date | Case No. | |
|---|---|---|
| 5/13/2009 | 5:05-CV-202 | |

| Case Name |
|---|
| CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., |

| Payment Terms |
|---|
| Due upon receipt |

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

| Miscellaneous: | | | | |
|---|---|---|---|---|
| William Bullock, Ph.D. | | | | |
| Exhibit | 494.00 Pages | @ | 0.35 | 172.90 |
| Postage | | | 33.36 | 33.36 |
| Video Service | | | 135.00 | 135.00 |
| | | **TOTAL DUE >>>** | | **$341.26** |

Thank you. Your business is appreciated.

SRC Phone (386)257-3663
SRC Fax    (386)258-1662

CD of Exhibits

| | |
|---|---|
| (-) Payments/Credits: | 341.26 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 20-0742198

Phone: 412-227-3100    Fax:

*Please detach bottom portion and return with payment.*

David J. Berardinelli, Esquire
DeForest, Koscelnik, Yokitis, Kaplan & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

| Job No. | : 9178 | BU ID | : Southern |
|---|---|---|---|
| Case No. | : 5:05-CV-202 | | |
| Case Name | : CSX Transportation, Inc., v. Robert V. Gilkison; Peirce,Raimond & Coulter, P.C., | | |
| Invoice No. | : 23896 | Invoice Date | : 8/19/2009 |
| **Total Due** | **: $ 0.00** | | |

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Southern Reporting Company**
**747 South Ridgewood Avenue**
**Suite 209**
**Daytona Beach, FL 32114**

 **ESQUIRE**

Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
*an Alexander Gallo Company*

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ53121

| Invoice Date | Terms |
|---|---|
| 05/30/2009 | NET 30 |



ROBERT LOCKHART ,ESQ.
SCHUDA & ASSOCIATES, PLLC
SUITE 200
232 CAPITOL STREET
CHARLESTON, WV 25335-3425

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/14/2009 | CSX TRANSPORTATION INC. vs. GILKISON, | 24321 | 05/18/2009 | F-P-O |

| Description |
|---|

Original Transcript of LESTER BRICKMAN

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*3-DAY EXPEDITE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,713.01 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 3,713.01** |
| **Payment Due :** | **06/29/2009** |

After 07/14/2009 Pay This Amount: $ 4,084.31

**Tax Number: 22-3779684**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ53121
Invoice Date: 05/30/2009
Balance: $ 3,713.01
Due Date: 06/29/2009
Late Date: 07/14/2009
Late Amount: $ 4,084.31

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

059  0000053121  05302009  4  000371301  0  06292009  07142009  5  000408431  24

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WV

INVOICE NO: 20090072

| | |
|---|---|
| Walter P. DeForest<br>DeForest Koscelnik Yokitis & Kaplan<br>Koppers Bldg, 30th Floor<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br><br>Phone:   (412) 227-3101<br><br>*deforest@dkyk.com* | **MAKE CHECKS PAYABLE TO:**<br>Jennifer Vail-Kirkbride, RPR-RMR-CR<br>Official Court Reporter<br>P.O. Box 42<br>Wheeling, WV 26003<br><br>Phone:   (304) 233-0661<br><br>Tax ID:  55-0667841<br>*Jennifer_Kirkbride@wvnd.uscourts.gov* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 08-03-2009 | DATE DELIVERED: 08-04-2009 |
|---|---|---|

**Case Style:** 5:05CV202, CSX TRANSPORTATION v GILKISON, ET AL.
```
TRANSCRIPT OF THE MOTIONS HEARING HELD ON 8-3-2009 BEFORE JUDGE STAMP IN
WHEELING, WV.  Transcript sent via e-mail in e-transcript and .pdf
format.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 59 | 4.85 | 286.15 | | | | | | | 286.15 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 286.15 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $286.15 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Jennifer Vail-Kirkbride* | DATE 08-04-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WV

INVOICE NO: 20090082

**MAKE CHECKS PAYABLE TO:**

Walter P. DeForest
DeForest Koscelnik Yokitis & Kaplan
Koppers Bldg, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

Phone: (412) 227-3101

deforest@dkyk.com

Jennifer Vail-Kirkbride, RPR-RMR-CR
Official Court Reporter
P.O. Box 42
Wheeling, WV 26003

Phone: (304) 233-0661

Tax ID: 55-0667841
Jennifer_Kirkbride@wvnd.uscourts.gov

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 08-31-2009 | DATE DELIVERED: 09-02-2009 |
|---|---|---|

**Case Style:** 5:05CV202, CSX v GILKISON

TRANSCRIPT OF THE PRETRIAL CONFERENCE OF THE BAYLOR PORTION OF THE CASE HELD ON 8-31-2009 BEFORE JUDGE STAMP IN WHEELING, WV

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 33 | 3.65 | 120.45 | | | | | | | 120.45 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 120.45 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $120.45 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE  *Jennifer Vail-Kirkbride* | DATE 09-02-2009 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)