FILED: December 30, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 09-2135
(5:05-cv-00202-FPS-JES)

———————————

CSX TRANSPORTATION, INCORPORATED

    Plaintiff - Appellant

v.

ROBERT V. GILKISON; PEIRCE, RAIMOND & COULTER, PC, a/k/a Robert Peirce & Associates, P.C., a Pennsylvania Professional Corporation; JOHN DOES; ROBERT N. PEIRCE, JR.; LOUIS A. RAIMOND; MARK T. COULTER; RAY A. HARRON, Dr.

    Defendants - Appellees

and

RICHARD CASSOFF, M.D.

    Party-in-Interest

LUMBERMENS MUTUAL CASUALTY COMPANY

    Intervenor

--------------------------------

AMERICAN SOCIETY OF RADIOLOGIC TECHNOLOGISTS; AMERICAN TORT REFORM ASSOCIATION; ASSOCIATION OF AMERICAN RAILROADS; DANIEL E. BANKS; COALITION FOR LITIGATION JUSTICE, INCORPORATED; ALFRED FRANZBLAU; LAWRENCE MARTIN; NATIONAL ASSOCIATION OF MANUFACTURERS; PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA; VIRGINIA SOCIETY OF RADIOLOGIC TECHNOLOGISTS; WASHINGTON LEGAL FOUNDATION; WEST VIRGINIA CHAMBER OF COMMERCE

    Amici Supporting Appellant

## JUDGMENT

In accordance with the decision of this Court, the judgment of the District Court is affirmed in part and vacated in part. This case is remanded to the District Court for further proceedings consistent with the Court's decision.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK