AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FILED AT WHEELING, WV

DEC 2 1 2012

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

NORTHERN      DISTRICT OF      WEST VIRGINIA

CSX TRANSPORTATION, INC..
Plaintiff,

V.

ROBERT V. GILKISON, Et al,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:      5:05-CV-202

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       IT IS ORDERED AND ADJUDGED

the jury having rendered its verdict on December 20, 2012 on the RICO claim in favor of Plaintiff, CSX Transportation, Inc., and against the Defendants, Robert N. Perirce, Jr.; Louis A. Raimond; and Dr. Ray Harron, that Plaintiff, CSX Transportation, Inc. shall recover FOUR HUNDRED TWENTY-NINE THOUSAND, TWO HUNDRED FORTY and 47/100 ($429,240.47) DOLLARS from said defendants, jointly and severally.
And it is further

       ORDERED that as the jury did not award damages to Plaintiff on the West Virginia Law Claims, nothing shall be recovered from said defendants as to those claims, And it is further

       ORDERED that as the jury did not award damages to defendants and counterclaim plaintiffs, Peirce, Raimond, and Harron, on the fraud Counterclaims, nothing shall be recovered from Plaintiff CSX as to those claims, And it is further

       ORDERED that Plaintiff shall recover post-judgment interest at the rate of 0.15 percent per annum from December 21, 2012, until paid in accordance with 28 U.S.C. § 1961. And it is further

       ORDERED that as no claims remain pending in this case, said civil action is dismissed and stricken from the active docket of this Court.

December 21, 2012
Date

CHERYL DEAN RILEY
Clerk

(By) Deputy Clerk