IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:05-CV-202 |
| ) | |
| v. ) | Assigned to: |
| ) | The Hon. Frederick P. Stamp |
| ROBERT N. PEIRCE, JR., *et al.*, ) | Referred to: |
| ) | The Hon. James E. Seibert |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

WHEREAS an amended judgment was entered in the above action on September 25, 2013, effective *nunc pro tunc* December 12, 2012, in favor of Plaintiff CSX Transportation, Inc. and against Defendants Robert N. Peirce, Jr., Louis A. Raimond, and Ray Harron, M.D., jointly and severally, in the amount of $1,287,721.41 plus post-judgment interest at the rate of 0.15 percent per annum from December 21, 2012, until paid in accordance with 28 U.S.C. § 1961 ("the Judgment").

WHEREAS full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby respectfully requested to make an entry of the full and complete satisfaction of the Judgment on the docket.

**Dated: December 10, 2014**

CSX TRANSPORTATION, INC.

By /s/ Marc E. Williams
Of Counsel

Marc E. Williams, Esquire
Robert L. Massie, Esquire
**Nelson Mullins Riley & Scarborough LLP**
949 Third Avenue, Suite 200
Huntington, WV 25701
(304) 526-3501 (Telephone)
(304) 526-3541 (Facsimile)

Ronald Franklin, Esquire
Samuel L. Tarry, Jr., Esquire
Mitchell K. Morris, Esquire
Lindsey Hargrove, Esquire
**McGuireWoods LLP**
One James Center
901 E. Cary Street
Richmond, VA 23219
(804) 775-1000 (Telephone)
(804) 775-1061 (Facsimile)
**COUNSEL FOR THE PLAINTIFF
CSX TRANSPORTATION, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| CSX TRANSPORTATION, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:05-CV-202<br>)<br>) Assigned to: |
| ROBERT N. PEIRCE, JR., *et al.*, | ) The Hon. Frederick P. Stamp<br>) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *Satisfaction of Judgment* via electronic filing with the Court's CM/ECF system, on the 10th day of December, 2014:

Ron Barroso, Esquire
5350 S. Staples
Suite 401
Corpus Christi, TX 78411

Walter P. DeForest, Esquire
David Berardinelli, Esquire
**DEFOREST KOSCELNIK**
**YOKITIS SKINNER & BERARDINELLI**
3000 Koppers Building
Pittsburgh, PA 15219

Jerald E. Jones, Esquire
**WEST & JONES**
P.O. Box 2348
Clarksburg, West Virginia 26302-2348

/s/ Marc E. Williams
Counsel for CSX Transportation, Inc.